### HYDE v. STATE. (No. 3180.)

(Court of Criminal Appeals of Texas. June 24, 1914.)

ASSAULT AND BATTERY (§ 78*)—AGGRAVATED ASSAULT—SERIOUS BODILY INJURY—INDICTMENT.

Where, in a prosecution for aggravated assault, in violation of White's Ann. Pen. Code 1911, art. 601, subd. 7, serious bodily injury was relied on as ground of aggravation, an indictment charging that defendant did unlawfully commit an aggravated assault and battery on prosecutor and did beat, wound, and bruise prosecutor with his hands and feet by kicking and stamping him, and did thereby inflict serious bodily injury on him, was not objectionable for failure to charge the means by which the injury was inflicted; the injury and not the means being the criterion under such subdivision by which the aggravation is determined.

[Ed. Note.—For other cases, see Assault and Battery, Cent. Dig. §§ 116–122; Dec. Dig. § 78.*]

Appeal from Williamson County Court; Richard Critz, Judge.

Audléy Hyde was convicted of aggravated assault, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of aggravated assault, from which conviction he prosecutes this appeal.

No statement of facts accompanies the record; neither does it contain any bills of exception, and under such circumstances the

---

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep r Indexes

only ground in the motion we can consider is the one alleging that:

"The indictment does not sufficiently charge an aggravated assault, nor does it charge the means by which serious bodily injury was inflicted."

The indictment alleges that:

Appellant "did then and there unlawfully commit an aggravated assault and battery in and upon A. Luedtke, and did then and there beat, wound, and bruise the said A. Luedtke, with his hands and feet, by kicking and stamping said A. Luedtke with his said feet, and did then and there thereby and therewith inflict serious bodily injury upon said A. Luedtke," etc.

This indictment is in strict conformity with the forms under subdivision 7 of article 601 of White's Ann. Penal Code, and, where serious bodily injury is the ground of aggravation relied on, the allegations are sufficient. The means used in inflicting the injury are not to be the criterion under this subdivision of article 601 of the statute, but the injury inflicted, and it must be serious bodily injury, and in the absence of a statement of facts we must presume that the injury was serious.

The judgment is affirmed.